FRAZIER v. STEELMAN

No. 388P02

Case below: Wake County Superior Court

Petition by petitioner pro se for writ of mandamus denied 15 August 2002. Petition by petitioner pro se for writ of prohibition denied 15 August 2002. Justice Edmunds recused.

GUILFORD FIN. SERVS., LLC v. CITY OF BREVARD

No. 295A02

Case below: 150 N.C. App. 1

Petition by respondent for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 15 August 2002. Verified motion by petitioner for expedited consideration denied 15 August 2002.

HARRIS v. THOMPSON CONTR'RS, INC.

No. 122PA02

Case below: 148 N.C. App. 472

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 15 August 2002.

IN RE B.A.

No. 193PA02

Case below: 149 N.C. App. 667

Petition by petitioner for writ of supersedeas allowed 15 August 2002. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 allowed 15 August 2002.

IN RE BRAITHWAITE

No. 326P02

Case below: 150 N.C. App. 434

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by respondent for writ of certiorari to review the order of the District Court, Durham County, denied 15 August 2002.